UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITY FUND, LLC, | No. C 12-01512 JCS |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| JILL A. JENSEN, ET AL., | |
| Defendant(s). | |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on July 13, 2012 at 1:30 p.m., before this Court in the above-entitled case. Plaintiff was not present. Defendants were not present.

IT IS HEREBY ORDERED that Plaintiff and Defendants appear on **July 27, 2012, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for the Plaintiff and Defendants failure to appear at the case management conference on July 13, 2012, for failure to comply with the Court's Order of March 26, 2012, and for failure to prosecute this action. A case management conference is also scheduled for July 27, 2012, at 1:30 p.m.

IT IS SO ORDERED.

Dated: July 17, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge